UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:05-CR-121 |
| v. | ) | |
| | ) | |
| FRANKLIN COOTS | ) | COLLIER/CARTER |

REPORT AND RECOMMENDATION

A March 13, 2006, letter from Stephen M. Dewalt, Warden of the Federal Bureau of Prisons in Lexington, Kentucky, and a Forensic Evaluation of defendant Franklin Coots, were received by the undersigned Magistrate Judge. The findings in the evaluation were that the defendant is competent to stand trial and was sane at the time of the alleged offense. A Waiver of Mental Competency Hearing signed by defendant Franklin Coots was filed with this Court on March 29, 2006. It is therefore ORDERED that the waiver be filed as a part of the record. The Court RECOMMENDS on the basis of the waiver and the report that defendant Franklin Coots be found competent to stand trial.

                                                s/William B. Mitchell Carter
                                              UNITED STATES MAGISTRATE JUDGE